**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

October 4, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

     In Re: JOSEPH A HORVATH
       **Chapter 13 Bankruptcy**
       **Case No. 5-11-03380**

Dear Sir/Madam:

  I have received returned mail for **PNC MORTGAGE CORP OF AMERICA,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was:539 SOUTH 4TH AVE LOUISVILLE, KY 40202-2535 .Please be advised the correct information is as follows.

     PNC MORTGAGE CORP OF AMERICA
      440 N FAIRWAY DRIVE
      VERNON HILLS, IL 60061-1836

I served the Order of Discharge at the above address on (OCT 5 , 2016). Please correct the mailing matrix.

  Thank you for assistance in this matter.

         Very truly yours,


         /s/ Tullio DeLuca, Esquire

TD/th