In re:  
Joseph A. Horvath  
    Debtor

Case No. 11-03380-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-5 | User: CGambini | Page 1 of 1 | Date Rcvd: Oct 14, 2016 |
| | Form ID: fnldec | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
db     +Joseph A. Horvath,   11 Andy's Lane,   Scott Township, PA 18447-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association jennifer@vittilaw.com,
         tiffany@vittilaw.com
        Tullio DeLuca    on behalf of Debtor Joseph A. Horvath tullio.deluca@verizon.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                         TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joseph A. Horvath<br>aka Joe Horvath, aka Joseph Andrew Horvath, aka<br>Joseph Horvath<br>11 Andy's Lane<br>Scott Township, PA 18447 | Chapter 13<br>Case No. 5:11−bk−03380−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7288

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 14, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk