# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: tullio.deluca@verizon.net

October 26, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re:  JOSEPH A HORVATH
**Chapter 13 Bankruptcy**
**Case No. 5-11-03380**

Dear Sir/Madam:

I have received returned mail for **PNC MORTGAGE CORP OF AMERICA,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was:440 N FAIRWAY DR. VERNON HILLS, IL 60061-1836 .Please be advised the correct information is as follows.

PNC MORTGAGE CORP OF AMERICA
120 S CENTRAL AVE
CLAYTON, MO 63105

I served the Order of Discharge at the above address on (OCT 27 , 2016). Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,


/s/ Tullio DeLuca, Esquire

TD/th